1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

ALBERT CHICANO, on behalf of himself and
all others similarly situated,

12

Plaintiff,

Case No. C06-5028FDB

13

v.

14

MONIER, INC., a California corporation,

ORDER DIRECTING RESPONSE TO
MOTION FOR RECONSIDERATION,
and DIRECTING CLERK TO SET
NEW DEADLINES ACCORDINGLY

15

Defendant.

16
        Plaintiff has moved for reconsideration of the Court's December 4, 2006 Order Granting

17
Defendant's Motion for Leave To Conduct Discovery of Absent Class Members.  Plaintiff also

18
moves for a brief continuance of the deadlines for disclosure of expert reports and other deadlines

19
following the Court's ruling on the motion for reconsideration.  As the Court will request that

20
Defendant file a response to the motion for reconsideration, the motion for a continuance will be

21
granted.  NOW, THEREFORE, IT IS ORDERED:

22
        1.  Defendant shall file a Response to the Motion for Reconsideration by Friday, January 26,

23
2007, and the Clerk shall renote the motion for reconsideration for this date.

24
        2.  The date for disclosure of expert reports will be set at three (3) weeks after the Court

25
issues a decision on Plaintiff's Motion To Reconsider.

26
ORDER - 1

1          3.  All subsequent deadlines, including the date for submittal of class certification brief, will

2   be adjusted consistent with the original schedule (*e.g.,* the class certification brief, will be due six (6)

3   weeks after disclosure of expert reports.

4

5          DATED this 17th day of January 2007.

6

7          _____

8          FRANKLIN D. BURGESS
           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2