UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALBERT CHICANO, on behalf of himself and all others similarly situated,

Plaintiff,

v.

MONIER, INC., a California corporation,

Defendant.

Case No. C06-5028FDB

ORDER OF DISMISSAL

Plaintiff Albert Chicano having responded to the Court's Order Conditionally Granting Plaintiff's Motion for Voluntary Dismissal, and having stated that Plaintiff and his counsel of record "hereby agree to the Court's conditions for dismissal without prejudice" [Dkt. # 51], NOW, THEREFORE, IT IS ORDERED: This cause of action is DISMISSED WITHOUT PREJUDICE subject to the conditions stated in the Court's Order Conditionally Granting Plaintiff's Motion for Voluntary Dismissal [Dkt. # 50].

DATED this 5th day of April, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1